*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters.  Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 1/26/17
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 16-BG-1095**

IN RE:  LORI L. BATTAILE,

                              Respondent.

**Bar Registration No.  465685**                    **DDN: 119-16**

BEFORE:  Blackburne-Rigsby, Associate Judge, and Pryor and Farrell, Senior Judges.

**ORDER**
(Filed – January 26, 2017)

On consideration of the certified order revoking respondent's license to practice law in the state of Florida by consent, this court's November 15, 2016, order directing respondent to show cause why the functionally-equivalent reciprocal discipline of disbarment should not be imposed, and the statement of Disciplinary Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Lori L. Battaile is hereby disbarred from the practice of law.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement the period for reinstatement will not begin to run until such time as she files a D.C. Bar. R. XI, § 14 (g) affidavit.

**PER CURIAM**